IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PEOPLESSOUTH BANK, LARRY PITCHFORD, and JERRY GULLEDGE, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | CIVIL ACTION NO.: 2:06-cv-00578-VPM |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, INC.; ROYAL INDEMNITY COMPANY, as successor in interest to GLOBE INDEMNITY COMPANY; HARRIS LEVESON; and HARRIS PEST AND TERMITE CONTROL, | * * * * * * * | |
| Defendants. | * | |

## CORPORATE DISCLOSURE STATEMENT FOR ROYAL INDEMNITY COMPANY

COMES NOW Defendant Royal Indemnity Company, as successor in interest to Globe Indemnity Company, pursuant to Federal Rule of Civil Procedure 7.1 and states that Royal Indemnity Company is a Delaware corporation licensed to conduct the business of property and casualty insurance in all 50 states, but with its principal place of business in the State of North Carolina.

Royal Indemnity Company is wholly owned by Royal Group, Inc., a Delaware corporation, which, in turn, is owned by Royal and SunAlliance USA, Inc., a Delaware corporation. This Defendant's ultimate parent company is Royal and SunAlliance Insurance Group PLC, organized and conducting business in the United Kingdom only.

None of these entities have issued stock which is sold and traded publically with the exception of Royal and SunAlliance Insurance Group PLC. Its stock is traded on the

London Stock Exchange. American Depository Receipts ("ADRs"), representing shares of Royal and SunAlliance Group PLC stock are traded on the New York Stock Exchange in the United States of America. There are no entities which own 10% or more of the stock of Royal and SunAlliance Group PLC.

Respectfully submitted,

/s/ John C.S. Pierce
JOHN C.S. PIERCE (PIERJ0347)
Attorney for Royal Indemnity Company,
as successor in interest to Globe
Indemnity Company

OF COUNSEL:
BUTLER PAPPAS WEIHMULLER
  KATZ CRAIG LLP
Post Office Box 16328
Mobile, AL 36616
(251) 338-3801 - telephone
(251) 338-3805 - facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of June, 2006, served a copy of the foregoing on all counsel of record by depositing same in the United States mail, postage prepaid.

Charles A. Stewart, III, Esq.
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Ste. 780
Montgomery, AL 36104

Thomas R. Elliott, Jr., Esq.
London, Yancey & Elliott, L.L.C.
2001 Park Place, Ste. 430
Birmingham, AL 35203

Scott B. Smith, Esq.
Bradley Arant Rose & White LLP
200 Clinton Avenue West, Ste. 900
Huntsville, AL 35801-4900

Hallman B. Eady, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Peter A. McInish, Esq.
Lee & McInish
Post Office Box 1665
Dothan, AL 36302

Harris Leveson
151 Warren Road
Midway, AL 36053

Harris Pest and Termite Control
c/o Mr. Harris Leveson
151 Warren Road
Midway, AL 36053

                                                              /s/ John C.S. Pierce