IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEOPLESSOUTH BANK, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-578-MEF |
| | ) |
| PROFRESSIVE CASUALTY | ) |
| INSURANCE COMPANY, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #6) filed on July 26, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before August 10, 2006. The plaintiffs may file a reply brief on or before August 17, 2006.

DONE this 27th day of July, 2006.

                                                        /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE