IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEOPLESSOUTH BANK, LARRY PITCHFORD, and JERRY GULLEDGE | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| PROGRESSIVE CASUALTY INSURANCE COMPANY; ROYAL INDEMNITY COMPANY, as successor in interest to LEVESON; and HARRIS PEST CONTROL AND TERMITE CONTROL, INC | ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NUMBER: 2:06-CV-00578-MEF

**PROGRESSIVE'S REQUEST FOR ORAL ARGUMENT**

Progressive Casualty Insurance Company ("Progressive") respectfully requests the Court permit oral argument on the plaintiffs' Motion to Remand and Progressive's Response to Plaintiffs' Motion to Remand. Progressive respectfully requests oral argument based on the complexity of the procedural history of this matter and its relation to the substantive arguments raised by the plaintiffs' motion and Progressive's response. .

    Respectfully submitted,

    s/Hallman B. Eady
    Hallman B. Eady (ASB-1093-L75E)
    Bradley Arant Rose & White LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL 35203-2104
    Telephone: (205) 521-8000
    Facsimile: (205) 521-8800
    Email: heady@bradleyarant.com

2

Charles A. Stewart III (ASB-4955-A56C)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  cstewart@bradleyarant.com

Thomas R. Elliott, Jr. (ASB-1499-L74T)
LONDON, YANCEY, & ELLIOTT, L.L.C.
2001 Park Place, Suite 430
Birmingham, Alabama 35203
Telephone: (205) 380-3600
Facsimile: (205) 251-8929
Email:  telliott@lyelaw.com

Scott B. Smith (ASB- 3615-T82S)
Bradley Arant Rose & White LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
Email:  ssmith@bradleyarant.com

Attorneys for Progressive Casualty Insurance Co.

CERTIFICATE OF SERVICE

 I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Peter A. McInish
 Lee & McInish
 Post Office Box 1665
 Dothan, AL  36302

 John C.S. Pierce
 Butler Pappas Weihmuller Katz Craig LLP
 1110 Montlimar Drive
 Suite  1050
 Mobile, Alabama  36602

 Gerald P. Gillespy
 Rickey J. McKinney
 Jason A. Walters
 Burr & Forman, LLP
 3100 Wachovia Tower
 420 North 20th Street
 Birmingham, AL  35203

 James Davis Farmer
 Farmer, Farmer & Malone, PA
 112 West Troy Street
 P.O. Drawer 668
 Dothan, AL  36303

 and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

 Harris Leveson
 151 Warren Road
 Midway, Alabama 36053

 Harris Pest and Termite Control
 c/o Mr. Harris Leveson
 151 Warrren Road
 Midway, AL  36053

 Leah O. Taylor
 Taylor & Taylor
 2130 Highland Avenue
 Birmingham, AL  35205

Respectfully submitted,

s/ Hallman B. Eady
Hallman B. Eady
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: heady@bradleyarant.com

4