IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEOPLESSOUTH BANK, *et. al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    CASE NO. 2:06-cv-578-MEF |
| | ) |
| PROGRESSIVE CASUALTY | ) |
| INSURANCE COMPANY, INC., *et. al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of Progressive Casualty Insurance Company's Request for Oral Argument (Doc. # 11), which this Court construes as a "Motion for Oral Argument," it is hereby

ORDERED that the Motion for Oral Argument (Doc. # 11) is DENIED.

DONE this the 26th day of October, 2006.

                                                     /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE