IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **PROGRESSIVE CASUALTY INSURANCE COMPANY,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 2:05-cv-1064-MEF |
| **PEOPLES COMMUNITY BANK, INC., LARRY PITCHFORD and JERRY GULLEDGE,** | ) ) ) ) | |
| Defendants. | ) ) ) | |
| **PEOPLESSOUTH BANK, INC., LARRY PITCHFORD, and JERRY GULLEDGE,** | ) ) ) ) | |
| v. | ) ) | Case No.: 2:06-cv-00578-MEF |
| **PROGRESSIVE CASUALTY INSURANCE COMPANY,** | ) ) ) | |
| Defendant. | ) ) | |

## MOTION TO STAY PENDING SETTLEMENT

1. The above captioned cases have been settled as a part of an overall settlement involving numerous appeals pending in the Supreme Court of Alabama. Over $2.5 million has been paid as part of this settlement.

2. The settlement also involves appeals which must be remanded by the Supreme Court of

**Motion to Stay Pending Settlement**
*Progressive Casualty Insurance Co.,*
*v. Peoples Community Bank, Inc.*
Case No.: 2:05-cv-1064-MEF
*PeoplesSouth Bank, Inc., et al.*
*v. Progressive Casualty Insurance Co.*
Case No.: 2:06-cv-00578
Page 2

---

Alabama to the Circuit Court of Barbour County where certain judgments will be vacated and the case dismissed. It is not clear how long this will take.

3. The action filed on behalf of Progressive, 2:05cv1064, has been dismissed and this is not a problem. The action filed on behalf of PeoplesSouth Bank, 2:06cv00578, is currently pending on a Motion to Remand.

Defendant, Progressive Casualty Insurance Company, respectfully moves that 2:06cv00578 be held in abeyance until the Barbour County case is finally dismissed and an Order can then be submitted for dismissal of said action.

Respectfully submitted,

    /s/ Thomas R. Elliott, Jr.
Thomas R. Elliott, Jr.  (ASB1499L74T)

Attorney for Progressive Casualty Insurance Company

Of Counsel:

LONDON, YANCEY & ELLIOTT, LLC
2001 Park Place North
430 Park Place Tower
Birmingham, Alabama 35203

**Motion to Stay Pending Settlement**
*Progressive Casualty Insurance Co.,*
*v. Peoples Community Bank, Inc.*
Case No.: 2:05-cv-1064-MEF
*PeoplesSouth Bank, Inc., et al.*
*v. Progressive Casualty Insurance Co.*
Case No.: 2:06-cv-00578
Page 3

_____



(205)-380-3600
fax: (205)251-8929

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2006, I electronically filed the foregoing Motion to Stay Pending Settlement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James L. Martin, Esq.
201 East Broad Street
P. O. Box 14
Eufaula, Alabama 36072

Leah O. Taylor, Esq.
Ted E. Taylor, Esq.
2130 Highland Avenue
Birmingham, Alabama 35205

Hallman Eady, Esq.
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

Scott Burnett Smith, Esq.
200 Clinton Avenue West
Suite 900
Huntsville, Alabama 35801

Charles A. Stewart, III, Esq.
401 Adams Avenue, Suite 780

**Motion to Stay Pending Settlement**
*Progressive Casualty Insurance Co.,*
*v. Peoples Community Bank, Inc.*
Case No.: 2:05-cv-1064-MEF
*PeoplesSouth Bank, Inc., et al.*
*v. Progressive Casualty Insurance Co.*
Case No.: 2:06-cv-00578
Page 4

_____




P. O. Box 1469
Montgomery, Alabama 36104

Donald F. Pierce, Esq.
John C.S. Pierce, Esq.
3801 Airport Blvd.
P. O. Box 161389
Mobile, Alabama 36616

F. A. Flowers, III, Esq.
Gerald Gillespy, Esq.
Jason A. Walters, Esq.
Ricky J. McKinney, Esq.
Burr & Forman LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

James D. Farmer, Esq.
Farmer, Farmer & Malone, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama 36302

Peter A. McInish, Esq.
Lee & McInish
Post Office Box 1665
Dothan, Alabama 36302

            _____/s/ Thomas R. Elliott, Jr._____
            Of Counsel