IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEOPLESSOUTH BANK, LARRY PITCHFORD, and JERRY GULLEDGE,<br><br>　　Plaintiffs,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, INC.; ROYAL INDEMNITY COMPANY, as successor in interest to GLOBE INDEMNITY COMPANY; HARRIS LEVESON; and HARRIS PEST & TERMITE CONTROL,<br><br>　　Defendants. | CIVIL ACTION NUMBER: 2:06-CV-00578-MEF |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs PeoplesSouth Bank, Larry Pitchford, and Jerry Gulledge, by and through their undersigned counsel of record, and Defendants Progressive Casualty Insurance Company, Inc., Royal Indemnity Company, as successor in interest to Globe Indemnity Company, Harris Leveson, and Harris Pest & Termite Control, by and through their undersigned counsel of record, stipulate to the dismissal of the above-styled action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear his, hers, or its own costs and attorneys' fees.

　　This the 9th day of January, 2007.

                                        s/Charles A. Stewart III
                                        Charles A. Stewart III (ASB-4955-A56C)
One of the Attorneys for Defendant
Progressive Casualty Insurance Company

OF COUNSEL:
Bradley Arant Rose & White LLP
P.O. Box 1469
Montgomery, AL 36102-1469
Telephone: (334) 956-7608
Facsimile: (334) 956-7808
Email: cstewart@bradleyarant.com

                                        s/Gerald Palfery Gillespy
Gerald Palfery Gillespy
One of the Attorneys for Plaintiffs
PeoplesSouth Bank and Larry Pitchford

OF COUNSEL:
Burr & Forman, LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
Telephone: (205) 458-5348
Facsimile: (205) 244-5644
Email: gillespy@burr.com

                                        s/Peter Allen McInish
Peter Allen McInish
One of the Attorneys for Plaintiff
Jerry Gulledge

OF COUNSEL:
Peter A. McInish
Lee & McInish
Post Office Box 1665
Dothan, AL 36302-1665
Telephone: (334) 792-4156
Facsimile: (334) 794-8342
Email: pmcinish@leeandmcinish.com

          s/John Charles S. Pierce
          John Charles S. Pierce
          Attorney for Defendant
          Royal Indemnity Company

OF COUNSEL:
Butler Pappas Weihmuller Katz Craig LLP
P. O. Box 16328
Mobile, Alabama  36616
Telephone:  (251) 338-3801
Facsimile: (251) 338-3805
Email:  jpierce@butlerpappas.com


          s/E. Tedford Taylor, Jr.
          E Tedford Taylor, Jr.
          Attorney for Defendants Harris Leveson and
          Harris Pest & Termite Control

OF COUNSEL:
Taylor & Taylor
2130 Highland Avenue South
Birmingham, AL 35205
Telephone: (205) 558-2800
Facsimile: (205) 558-2860
Email: tedford@taylorlawyers.com